IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.94-CR-30064-WDS |
| ) | |
| JOHN W. LINDSEY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on defendant's pro se motion to reduce sentence (Doc. 456). The defendant seeks to have his 1996 sentence adjusted so that he be given credit for 22 months of his state court sentence, in light of the fact that his federal sentence was to run "concurrently" with his state court sentence.

The Seventh Circuit has held that it is the Bureau of Prisons which computes and determines credit which is due under a federal sentence for a concurrently running state sentence. *See, United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000) ("The district court [has] no authority to order the BOP to give [the defendant] credit [for a state court sentence] because that authority rests exclusively with the BOP." *Id.* (citing 18 U.S.C. § 3585(b).) In light of this, the Court **DISMISSES** defendant's motion.

**IT IS SO ORDERED**

**DATE:**   22 November, 2010

**/s/  WILLIAM D. STIEHL**

**DISTRICT JUDGE**